# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1660
_____

W.B., Father of W.B. and A.B.,
Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.


December 11, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

W.B., pro se, Appellant.

Andrew McGinley of Florida Department of Children and Families, Tallahassee, Michael Patrick Sasser of Florida Department of Children and Families, Panama City, Sarah J. Rumph of Children's Legal Services, Tallahassee, and Meredith Kempler Hall of Florida Department of Children and Families, Bradenton, for Appellee.